United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT
9
10              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11   MICHELLE SIMS,                              No. C 07-1510 MEJ

12              Plaintiff(s),                    **ORDER DIRECTING PLAINTIFF TO**
                                                 **FILE CONSENT/DECLINATION FORM**
13       vs.

14   CELLCO PARTNERSHIP,

15              Defendant(s).

16   _____/

17

18          Pending before the Court are Plaintiff's motions to appear pro hac vice, filed April 17, 2007.

19   Upon review of the record in this action, the Court notes that Plaintiff has not filed a written consent

20   to Magistrate Judge James' jurisdiction or request for reassignment to a United States District Court

21   judge for trial.  This civil case was randomly assigned to United States Magistrate Judge Maria-

22   Elena James for all purposes including trial.  In accordance with Title 28, U.S.C. § 636(c), the

23   magistrate judges of this District Court are designated to conduct any and all proceedings in a civil

24   case, including a jury or non-jury trial, and to order the entry of final judgment, upon the consent of

25   the parties.  An appeal from a judgment entered by Magistrate Judge James may be taken directly to

26   the United States Court of Appeals for the Ninth Circuit in the same manner as an appeal from any

27   other judgment of a district court.

28          You have the right to have your case assigned to a United States District Judge for trial and

disposition.  Accordingly, Plaintiff shall inform the Court whether she consents to Magistrate Judge James' jurisdiction or requests reassignment to a United States District Judge for trial.  A copy of both the consent and declination forms may be obtained from the Northern District of California's website at http://www.cand.uscourts.gov/.  From the homepage, click on the "Forms" tab on the left margin, then choose "Civil."  Plaintiff shall inform the Court as soon as possible, but no later than April 27, 2007.

**IT IS SO ORDERED.**

Dated:  April 19, 2007

_____
MARIA-ELENA JAMES
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2