IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MICHELLE SIMS,	No. 07-1510 MMC

    Plaintiff,	**ORDER GRANTING APPLICATION FOR ADMISSION PRO HAC VICE**

  v.

CELLCO PARTNERSHIP,

    Defendant
                                       /

Jay Edelson, an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing plaintiff Michelle Sims,

IT IS HEREBY ORDERED that the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance pro hac vice. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party.

**IT IS SO ORDERED.**

Dated: May 4, 2007

                                         MAXINE M. CHESNEY
                                         United States District Judge