|   |   |
|---|---|
| 1 | DAN MARMALEFSKY (CA SBN 95477) |
|   | dmarmalefsky@mofo.com |
| 2 | PENELOPE A. PREOVOLOS (CA SBN 87607) |
|   | GEOFFREY GRABER (CA SBN 211547) |
| 3 | ppreovolos@mofo.com |
|   | MORRISON & FOERSTER LLP |
| 4 | 425 Market Street |
|   | San Francisco, California 94105-2482 |
| 5 | Telephone: (415) 268-7000 |
|   | Facsimile: (415) 268-7522 |

Attorneys for Defendant
VERIZON WIRELESS

TERRY M. GORDON
LAW OFFICES OF TERRY GORDON
three Harbor Drive, Suite 317
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

ATTORNEYS FOR PLAINTIFFS

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.   07-1510 MEJ<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CASE MANAGEMENT CONFERENCE;** ORDER THEREON<br><br>Complaint Filed:   March 15, 2007 |

1      *WHEREAS*, pursuant the parties' prior stipulation, Defendant must answer or otherwise
2  respond to Plaintiff's Complaint no later than June 11, 2007;
3      *WHEREAS*, a Case Management Conference is scheduled for June 22, 2007;
4      *WHEREAS*, Defendant is currently investigating the facts relating to Plaintiff's
5  allegations; and
6      *WHEREAS*, the parties are pursuing settlement pending Defendant's fact investigation;
7      IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules
8  6-2(a), 7-12, and 16-2(e), that: (a) the last day for Defendant to answer or otherwise respond to
9  the Complaint, currently set for June 11, 2007, shall be extended to August 8, 2007; and (b) the
10 Case Management Conference currently scheduled for June 22, 2007, shall be continued to
11 August 24, 2007, or such other date that the Court finds convenient.
12     SO STIPULATED.

Dated: May 30, 2007

MORRISON & FOERSTER LLP

By: /s/ Penelope G. Preovolos
    Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: May 30, 2007

LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry Gordon by /s/
    Terry Gordon

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**; the Case Management Conference is continued to August 24, 2007.

Dated: May 31, 2007

/s/ Maxine M. Chesney
Hon. Maxine Chesney
United States District Court Judge