DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
GEOFFREY GRABER (CA SBN 211547)
ppreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
VERIZON WIRELESS

TERRY GORDON
LAW OFFICES OF TERRY GORDON
three Harbor Drive, Suite 317
Sausalito, California 94965
Telephone: (415) 331-3601
Facsimile: (415) 331-1225

ATTORNEYS FOR PLAINTIFFS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.   07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>Complaint Filed:   March 15, 2007 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CMC
C-07-1510 MC
sf-2368826

1

*WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant must answer or otherwise respond to Plaintiff's Complaint no later than August 8, 2007;

*WHEREAS*, a Case Management Conference is scheduled for August 24, 2007;

*WHEREAS*, Defendant is currently investigating the facts relating to Plaintiff's allegations; and

*WHEREAS*, the parties are pursuing settlement pending Defendant's fact investigation;

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: (a) the last day for Defendant to answer or otherwise respond to the Complaint, currently set for August 8, 2007, shall be extended to September 10, 2007; and (b) the Case Management Conference currently scheduled for August 24, 2007, shall be continued to September 28, 2007, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: August 7, 2007

MORRISON & FOERSTER LLP

By: /s/ Penelope Preovolos
Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: August 7, 2007

LAW OFFICES OF TERRY M. GORDON

By: /s/ Terry M. Gordon
Terry Gordon

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is continued to September 28, 2007.

Dated: August 8, 2007

/s/ Maxine M. Chesney
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUE CMC
C-07-1510 MC
sf-2368826

1