1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
6
   Attorneys for Defendant
7  VERIZON WIRELESS

8  TERRY GORDON
   LAW OFFICES OF TERRY GORDON
9  three Harbor Drive, Suite 317
   Sausalito, California 94965
10 Telephone:  (415) 331-3601
   Facsimile:  (415) 331-1225
11
   ATTORNEYS FOR PLAINTIFFS
12

13              UNITED STATES DISTRICT COURT

14              NORTHERN DISTRICT OF CALIFORNIA

15                   SAN FRANCISCO DIVISION

16

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.   07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE** AND ORDER THEREON<br><br>Complaint Filed:   March 15, 2007 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CMC
C-07-1510 MC
sf-2385927

*WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant must answer or otherwise respond to Plaintiff's Complaint no later than September 10, 2007;

*WHEREAS*, a Case Management Conference is scheduled for September 28, 2007;

*WHEREAS*, Defendant is continuing to diligently investigate the facts relating to Plaintiff's allegations; and

*WHEREAS*, the parties are pursuing settlement pending Defendant's fact investigation;

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: (a) the last day for Defendant to answer or otherwise respond to the Complaint, currently set for September 10, 2007, shall be extended to October 8, 2007; and (b) the Case Management Conference currently scheduled for September 28, 2007, shall be continued to November 2, 2007, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: September 10, 2007

MORRISON & FOERSTER LLP

By: _____
    Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: September 10, 2007

LAW OFFICES OF TERRY M. GORDON

By: _____
    Terry Gordon

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conf. is continued to November 2, 2007.

Dated: September 11, 2007

_____
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CMC
C-07-1510 MC
sf-2385927