DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
GEOFFREY GRABER (CA SBN 211547)
ppreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.    07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Complaint Filed:    March 15, 2007 |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CMC
C-07-1510 MC
sf-2400840

1   *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant must answer or otherwise respond to Plaintiff's Complaint no later than October 8, 2007;

*WHEREAS*, a Case Management Conference is scheduled for November 2, 2007;

*WHEREAS*, Defendant is continuing to diligently investigate the facts relating to Plaintiff's allegations; and

*WHEREAS*, the parties are continuing to pursue settlement pending Defendant's fact investigation;

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: (a) the last day for Defendant to answer or otherwise respond to the Complaint, currently set for October 8, 2007, shall be extended to November 5, 2007; and (b) the Case Management Conference currently scheduled for November 2, 2007, shall be continued to December 14, 2007, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: October 8, 2007                     MORRISON & FOERSTER LLP

By:     /s/ Penelope Preovolos
          Penelope Preovolos

          Attorneys for Defendant
          VERIZON WIRELESS

Dated: October 8, 2007                     BLIM & EDELSON LLC

By:     /s/ Jay Edelson
          Jay Edelson

          Attorneys for Plaintiff
          MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED; the Case Management Conference is continued from November 2, 2007 to December 14, 2007.**

Dated: October 10, 2007

_____
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CMC
C-07-1510 MC
sf-2400840