DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
ppreovolos@mofo.com
GEOFFREY GRABER (CA SBN 211547)
ggraber@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.     07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CASE MANAGEMENT CONFERENCE; ORDER THEREON**<br><br>Complaint Filed:     March 15, 2007 |

1     *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant must answer or otherwise respond to Plaintiff's Complaint no later than November 5, 2007;

    *WHEREAS*, a Case Management Conference is scheduled for December 14, 2007;

    *WHEREAS*, Defendant is continuing to diligently investigate the facts relating to Plaintiff's allegations; and

    *WHEREAS*, the parties are continuing to pursue settlement pending Defendant's fact investigation;

    IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: (a) the last day for Defendant to answer or otherwise respond to the Complaint, currently set for November 5, 2007, shall be extended to December 15, 2007; and (b) the Case Management Conference currently scheduled for December 14, 2007, shall be continued to January 18, 2008, or such other date that the Court finds convenient.

    SO STIPULATED.

Dated: November 5, 2007    MORRISON & FOERSTER LLP

By:   /s/ Penelope Preovolos
        Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: November 5, 2007    THE JACOBS LAW FIRM, CHTD.

By:   /s/ John G. Jacobs
        John G. Jacobs

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** The Case Management Conference is continued to January 18, 2008.
Dated: November 7, 2007

_Maxine M. Chesney_
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND TO CONTINUANCE OF CMC
C-07-1510 MC
sf-2415854