1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
6
   Attorneys for Defendant
7  VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.   07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br><br>Complaint Filed:   March 15, 2007 |

1     *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

    WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for January 18, 2008;

    *WHEREAS*, the parties have scheduled a mediation before Judge Infante of JAMS, for February 25, 2008, in San Francisco, California; and

    *WHEREAS*, the parties hope to reach a settlement through the mediation.

    IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: the Case Management Conference currently scheduled for January 18, 2008, shall be continued to April 11, 2008, or such other date that the Court finds convenient.

    SO STIPULATED.

Dated: January 8, 2008      MORRISON & FOERSTER LLP

By:    /s/ Penelope Preovolos
        Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: January 8, 2008      KAMBEREDELSON, LLC

By:    /s/ Jay Edelson
        Jay Edelson

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED:** the Case Management Conference is continued to April 11, 2008.

Dated: January 10, 2008

                          /s/ Maxine M. Chesney
                          Hon. Maxine Chesney
                          United States District Court Judge