1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone: (415) 268-7000
   Facsimile: (415) 268-7522
6
   Attorneys for Defendant
7  CELLCO PARTNERSHIP, d/b/a
   VERIZON WIRELESS
8

9                    UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No. 07-1510 MMC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Complaint Filed: March 15, 2007 |

1     *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

    WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for April 11, 2008;

    *WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California; and

    *WHEREAS*, as a result of the mediation, the parties have reached a settlement in principal, and hope to resolve all remaining outstanding issues in the next 30 to 60 days.

    IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: the Case Management Conference currently scheduled for April 11, 2008, shall be continued to June 13, 2008, or such other date that the Court finds convenient.

    SO STIPULATED.

Dated: March 11, 2008      MORRISON & FOERSTER LLP

By:    /s/ Penelope Preovolos
       Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: March 11, 2008      KAMBEREDELSON, LLC

By:    /s/ Jay Edelson
       Jay Edelson

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** specifically, the Case Management Conference is continued to June 13, 2008. A Joint Case Management Statement shall be filed no later than June 6, 2008.

Dated: March 12, 2008

Hon. Maxine Chesney
United States District Court Judge