DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
GEOFFREY GRABER (CA SBN 211547)
ppreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone:  (415) 268-7000
Facsimile:  (415) 268-7522

Attorneys for Defendant
CELLCO PARTNERSHIP, d/b/a
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.     07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**<br><br>Complaint Filed:    March 15, 2007 |

1  *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

3  WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for June 13, 2008;

5  *WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California; and

7  *WHEREAS*, as a result of the mediation, the parties have reached a settlement and have resolved all remaining core issues, but require additional time to complete documentation of the settlement and expect to file a motion for preliminary approval of the settlement within 30 days.

10  IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that:  the Case Management Conference currently scheduled for June 13, 2008, shall be continued to July 18, 2008, or such other date that the Court finds convenient.

13  SO STIPULATED.

Dated: June 5 , 2008          MORRISON & FOERSTER LLP

                              By:    /s/  Penelope Preovolos
                                     Penelope Preovolos

                                     Attorneys for Defendant
                                     VERIZON WIRELESS

Dated: June 5, 2008           KAMBEREDELSON, LLC

                              By:    /s/  Jay Edelson
                                     Jay Edelson

                                     Attorneys for Plaintiff
                                     MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED;** specifically, the Case Management Conference is continued from June ~~20.~~ 2008 to July 25, 2008.

Dated:  June 6, 2008

                                     _____
                                     Hon. Maxine Chesney
                                     United States District Court Judge

13

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2525951