1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
6
   Attorneys for Defendant
7  CELLCO PARTNERSHIP, d/b/a
   VERIZON WIRELESS
8

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.    07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**<br><br>Complaint Filed:    March 15, 2007 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2546684

1  *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for July 25, 2008;

*WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California; and

*WHEREAS*, as a result of the mediation, the parties have reached and completed documentation of a settlement and will sign settlement papers this week, but require additional time to complete confirmatory discovery.

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that:  the Case Management Conference currently scheduled for July 25, 2008, shall be continued to September 12, 2008, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: July 16 , 2008                MORRISON & FOERSTER LLP

By:      /s/  Penelope Preovolos
         Penelope Preovolos

         Attorneys for Defendant
         VERIZON WIRELESS

Dated: July 16, 2008                 KAMBEREDELSON, LLC

By:      /s/  Jay Edelson
         Jay Edelson

         Attorneys for Plaintiff
         MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the Case Management Conference is continued to September 12, 2008.

Dated:  July 16, 2008

_____
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2546684