DAN MARMALEFSKY (CA SBN 95477)
dmarmalefsky@mofo.com
PENELOPE A. PREOVOLOS (CA SBN 87607)
GEOFFREY GRABER (CA SBN 211547)
ppreovolos@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

Attorneys for Defendant
CELLCO PARTNERSHIP, d/b/a
VERIZON WIRELESS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership,<br><br>Defendant. | Case No.    07-1510 MC<br><br>[Hon. Maxine Chesney]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT**<br><br>Complaint Filed:    March 15, 2007 |

*WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for September 12, 2008;

*WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California; and

*WHEREAS*, as a result of the mediation, the parties have signed settlement papers, but require additional time to complete confirmatory discovery and to hold a fee arbitration which will be heard before the Hon. William Cahill (Ret.).

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: the Case Management Conference currently scheduled for September 12, 2008, shall be continued to December 5, 2008, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: September 2 , 2008  MORRISON & FOERSTER LLP

By: ___/s/  Penelope Preovolos___
Penelope Preovolos

Attorneys for Defendant
VERIZON WIRELESS

Dated: September 2, 2008  KAMBEREDELSON, LLC

By: ___/s/  Jay Edelson___
Jay Edelson

Attorneys for Plaintiff
MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the Case Management Conference is continued to December 5, 2008.

Dated: September 4, 2008

_____
Hon. Maxine Chesney
United States District Court Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2569295