1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
6
   Attorneys for Defendant
7  CELLCO PARTNERSHIP, d/b/a
   VERIZON WIRELESS
8

9
                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11
                        SAN FRANCISCO DIVISION
12

13
   | MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals, | Case No.   07-1510 MC |
   |---|---|
   | Plaintiff, | [Hon. Maxine Chesney] |
   | v. | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT** |
   | CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership, | |
   | Defendant. | Complaint Filed:   March 15, 2007 |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2609905

1  *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

3  WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for December 5, 2008;

5  *WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California; and

7  *WHEREAS*, as a result of the mediation, the parties have signed settlement papers, and have held a fee arbitration before the Hon. William Cahill (Ret.) on November 24, 2008.

9  IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that: the Case Management Conference currently scheduled for December 5, 2008, shall be continued to January 16, 2009, or such other date that the Court finds convenient.

SO STIPULATED.

Dated: November 24, 2008          MORRISON & FOERSTER LLP

                                  By:   /s/ Penelope Preovolos
                                        Penelope Preovolos

                                        Attorneys for Defendant
                                        VERIZON WIRELESS

Dated: November 24, 2008          KAMBEREDELSON, LLC

                                  By:   /s/ Jay Edelson
                                        Jay Edelson

                                        Attorneys for Plaintiff
                                        MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED.** Specifically, the Case Management Conference is continued from December 5, 2008 to January 16, 2009.

Dated: November 25, 2008

                                  _____
                                  Hon. Maxine Chesney
                                  United States District Court Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2609905