IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Michelle Sims, individually and on behalf of a class of similarly situated individuals,

Plaintiff,

v.

Cellco Partnership d/b/a Verizon Wireless, a Delaware general partnership

Defendant.

CASE NO. 07-1510 MC

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Michael J. Aschenbrener, whose business address and telephone number is

KamberEdelson, LLC
350 N. LaSalle St., Ste. 1300, Chicago, IL 60654
312-589-6379

and who is an active member in good standing of the bar of State of Illinois Supreme Court having applied in the above-entitled action for admission to practice in the Northern District of California on a pro hac vice basis, representing Plaintiff Michelle Sims.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: December 16, 2008

_____
United States District Judge