1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   GEOFFREY GRABER (CA SBN 211547)
3  ppreovolos@mofo.com
   MORRISON & FOERSTER LLP
4  425 Market Street
   San Francisco, California 94105-2482
5  Telephone:  (415) 268-7000
   Facsimile:  (415) 268-7522
6
   Attorneys for Defendant
7  CELLCO PARTNERSHIP, d/b/a
   VERIZON WIRELESS
8

9                    UNITED STATES DISTRICT COURT
10                   NORTHERN DISTRICT OF CALIFORNIA
11                        SAN FRANCISCO DIVISION
12

13 
   MICHELLE SIMS, individually, and on behalf     Case No.    07-1510 MC
14 of a class similarly situated individuals,
                                                  [Hon. Maxine Chesney]
15           Plaintiff,
                                                  **STIPULATION AND [PROPOSED]
16     v.                                         ORDER TO CONTINUE CASE
                                                  MANAGEMENT CONFERENCE
17 CELLCO PARTNERSHIP, d/b/a VERIZON              PENDING SETTLEMENT**
   WIRELESS, a Delaware general partnership,
18                                                AND SCHEDULING ORDER
             Defendant.
19
                                                  Complaint Filed:    March 15, 2007
20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING SETTLEMENT
C-07-1510 MC
sf-2627143

1  *WHEREAS*, pursuant the parties' prior stipulation and the Court's Order, Defendant answered Plaintiff's Complaint on November 5, 2007;

2  WHEREAS, pursuant to the parties' prior stipulation and the Court's Order, a Case Management Conference is scheduled for January 16, 2009;

3  *WHEREAS*, on February 25, 2008, the parties participated in a mediation before Judge Infante of JAMS, in San Francisco, California;

4  *WHEREAS*, as a result of the mediation, the parties have prepared and executed a comprehensive settlement agreement;

5  *WHEREAS,* preliminary approval papers for the settlement have been prepared and have been withheld from filing awaiting a determination by the Hon. William Cahill (Ret.) as to the attorneys' fees and expenses to be paid under the settlement (under the terms of the settlement agreement, neither side can contest that decision, but it must be approved by the Court), the parties propose to file preliminary approval papers by January 23, 2009, and to set a preliminary approval hearing on January 30, 2009.

IT IS HEREBY STIPULATED AND AGREED pursuant to Northern District Local Rules 6-2(a), 7-12, and 16-2(e), that:  (a) the Case Management Conference currently scheduled for January 16, 2009, shall be vacated; (b) Plaintiff shall file a motion for preliminary approval by January 23, 2009; and (c) the Court shall hear the motion for preliminary approval on January 30, 2009, or such other date that the Court finds convenient.

//
//

1    SO STIPULATED.

2    Dated: January 13, 2009                    MORRISON & FOERSTER LLP

4                                               By:    /s/ Penelope Preovolos
                                                       Penelope Preovolos

                                                Attorneys for Defendant
                                                VERIZON WIRELESS

7    Dated: January 13, 2009                    KAMBEREDELSON, LLC

9                                               By:    /s/ Jay Edelson
                                                       Jay Edelson

                                                Attorneys for Plaintiff
                                                MICHELLE SIMS

**PURSUANT TO STIPULATION, IT IS SO ORDERED,** with the exception that plaintiff shall notice the motion for preliminary approval for hearing on February 6, 2009.

Dated: January 14, 2009

                                                _____
                                                Hon. Maxine Chesney
                                                United States District Court Judge

GENERAL ORDER 45 ATTESTATION

I, Penelope A. Preovolos, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order to Continue Case Management Conference. In compliance with General Order 45, I hereby attest that Jay Edelson of KamberEdelson has concurred in this filing.

                                                MORRISON & FOERSTER LLP

                                                By:    /s/ Penelope Preovolos
                                                       Penelope Preovolos

                                                Attorneys for Defendant
                                                VERIZON WIRELESS