1  DAN MARMALEFSKY (CA SBN 95477)
   dmarmalefsky@mofo.com
2  PENELOPE A. PREOVOLOS (CA SBN 87607)
   ppreovolos@mofo.com
3  TIFFANY CHEUNG (CA SBN 211497)
   tcheung@mofo.com
4  MORRISON & FOERSTER LLP
   425 Market Street
5  San Francisco, California 94105-2482
   Telephone:  (415) 268-7000
6  Facsimile:  (415) 268-7522

7  Attorneys for Defendant
   CELLCO PARTNERSHIP, d/b/a
8  VERIZON WIRELESS

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

| | |
|---|---|
| 14 MICHELLE SIMS, individually, and on behalf of a class similarly situated individuals, | Case No.    07-1510 MMC |
| 15                   Plaintiff, | [Hon. Maxine M. Chesney] |
| 16       v. | **STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CONTINUED HEARING ON FINAL APPROVAL OF THE SETTLEMENT** |
| 17 CELLCO PARTNERSHIP, d/b/a VERIZON WIRELESS, a Delaware general partnership, | |
| 18 | |
| 19                   Defendant. | |
| 20 | Complaint Filed:    March 15, 2007 |

21

22

23

24

25

26

27

28

WHEREAS, at the July 24, 2009 hearing regarding final approval of the settlement in this case, the Court ordered the parties to submit a proposal regarding the distribution of funds to charitable organizations under the settlement, and continued the hearing until October 2, 2009;

WHEREAS, on August 24, 2009, the parties filed a joint submission regarding their proposal for this charitable distribution and informed the Court that they could appear for a hearing before the October 2 date previously set by the Court;

WHEREAS, the Court subsequently advanced the October 2 hearing to September 18 and ordered the parties to provide, by September 15, authority addressing "whether the proposed change in distribution may be adopted by the Court in the absence of additional notice to the class";

WHEREAS, undersigned Lead Class Counsel had previously made plans to be on the East Coast on September 18 to celebrate his wedding anniversary.

The parties hereby stipulate and request that the Court enter an order as follows:

1. By September 29, 2009, the parties shall provide the Court with relevant authority regarding whether their proposal on the charitable distribution may be adopted by the Court without additional notice to the class; and

2. The continued hearing regarding final approval of the settlement will be re-set to October 2, 2009 at 9:00 a.m.

Dated: September 10, 2009            MORRISON & FOERSTER LLP


                                     By:  /s/ Tiffany Cheung
                                          Tiffany Cheung

                                          Attorneys for Defendant
                                          CELLCO PARTNERSHIP, d/b/a
                                          VERIZON WIRELESS

STIP. REGARDING CONTINUED HEARING ON FINAL APPROVAL OF SETTLEMENT            1
C-07-1510 MMC
sf-2737809

Dated: September 10, 2009                THE JACOBS LAW FIRM, CHTD.


By:  /s/ John G. Jacobs
　　　John G. Jacobs

Co-Lead Class Counsel

**IT IS SO ORDERED.**

Dated: September 11, 2009

_____
Hon. Maxine Chesney
United States District Court Judge


GENERAL ORDER 45 ATTESTATION

I, Tiffany Cheung, am the ECF user whose ID and password are being used to file this Stipulation and [Proposed] Order Regarding Continued Hearing on Final Approval of the Settlement. In compliance with General Order 45, I hereby attest that John G. Jacobs of The Jacobs Law Firm, Cthd. has concurred in this filing.


MORRISON & FOERSTER LLP


By:  /s/ Tiffany Cheung
　　　Tiffany Cheung

Attorneys for Defendant
VERIZON WIRELESS